UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 4:22cv377-MW-MJF

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance in the above cause as counsel for the Plaintiff, KERRI PENNINGTON, and requests that all pleadings, motions, and notices be forwarded to this attorney at the address set forth below.

Respectfully Submitted,      s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff

I CERTIFY the foregoing was filed electronically on 11/2/2022, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

    /s/James V. Cook