IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.                                          Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**
   *Defendants*.
_____/

## ORDER FOR EXPEDITED RESPONSE

Defendants have moved this Court to clarify and amend its Order granting Plaintiff's motion for protective order. ECF No. 33.[1] Accordingly, Plaintiff shall file an expedited response to Defendants' motion **on or before Wednesday, February 1, 2023**.

SO ORDERED on January 25, 2023.

                                             s/Mark E. Walker
                                             **Chief United States District Judge**

---

[1] Had Defendants bothered to meet their obligations in timely responding to Plaintiff's motion, this issue would have already been addressed.