1/26/23, 11:49 AM James Slater Mail - Pennington v. FDC, No. 4:22-cv-377-MW-MJF - Request to Meet and Confer on Discovery and Pleading Defi…

Case 4:22-cv-00377-MW-MJF Document 35-1 Filed 01/27/23 Page 1 of 1



James Slater <james@slater.legal>

# Pennington v. FDC, No. 4:22-cv-377-MW-MJF - Request to Meet and Confer on Discovery and Pleading Deficiencies

**James M. Slater** <james@slater.legal>  Wed, Dec 14, 2022 at 4:14 PM
To: Liane LaBouef <Liane@jsh-pa.com>
Cc: James Cook <cookjv@gmail.com>

Liane,

Thank you for the call yesterday to go over these matters. This email memorializes our conversation that you will move for leave to amend your responses in this case on or before 12/23 and that you will provide better responses to the RFAs based on the definition below and RFP/ROG responses as provided below.

I am enclosing the confidentiality agreement with my signature. Please return a countersigned copy so that we may begin to receive documents with only the redactions you confirmed in your 12/6 email (addresses, socials, DOBs, Employee IDs).

We have also revised the HQPO based on our conversation yesterday, which includes your strikethroughs but makes some clarifications. The proposal also addresses possible modification with leave of court should either party determine they need a modification as the case progresses. Please review and let us know if these changes would be acceptable. If not, we will proceed with an opposed motion.

 James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal



[Quoted text hidden]

**3 attachments**


**Draft HIPAA Order [Revised 12-14-22 - clean copy].docx**
26K


**Draft HIPAA Order [Revised 12-14-22].docx**
27K


**Pennington - Confidentiality Agreement - signed JMS.pdf**
192K