IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.                                               Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**
   *Defendants*.
_____/

## ORDER DENYING MOTION TO CLARIFY AND AMEND ORDER

This Court has considered, without hearing, Defendant's motion to clarify and amend order, ECF No. 33, and Plaintiff's response in opposition, ECF No. 35. This Court agrees with Plaintiff that Defendants' motion is due to be **DENIED**. The parties should confer regarding any objections to production of documents under the HIPAA-Qualified Protective Order and address any unresolved discovery disputes with the appropriate motion.

**SO ORDERED on January 27, 2023.**

                                                      s/Mark E. Walker         
                                                      **Chief United States District Judge**