UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v().

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-00377-MW-MJF

**THIRD JOINT STATUS REPORT REGARDING DISCOVERY**

In accordance with the Court's Initial Scheduling Order (Doc. 12 at §1(b)), the parties provide the Court with the following status updates regarding written discovery:

1. On November 7, 2022, Plaintiff served her first requests for production, requests for admissions, and interrogatories on all Defendants.

2. Defendants have provided responses to Plaintiff's first set of discovery requests and have produced responsive documents.

3. On January 3, 2023, Defendant FDC served its first request for production and interrogatories on Plaintiff.

4. Plaintiff has provided responses to FDC's first set of discovery request and has produced responsive documents.

5. The parties have met and conferred several times on discovery matters and are continuing to attempt to resolve discovery matters through conferences and without Court intervention.

Dated: February 1, 2023.

Respectfully submitted,

| | |
|---|---|
| SLATER LEGAL PLLC | HOWELL, BUCHAN & STRONG |
| */s/ James M. Slater*<br>James M. Slater (FBN 111779)<br>113 S. Monroe Street<br>Tallahassee, Florida 32301<br>james@slater.legal<br>Tel. (305) 523-9023 | */s/ Liane LaBouef\**<br>Liane LaBouef (FBN 1025198)<br>2898-6 Mahan Drive<br>Tallahassee, Florida 32308<br>Tel. (850) 877-7776<br>Liane@jsh-pa.com |
| -and- | *Counsel for Defendants* |
| LAW OFFICE OF JAMES COOK<br>James V. Cook (FBN 966843)<br>314 W. Jefferson Street<br>Tallahassee, Florida 32301<br>cookjv@gmail.com<br>Tel. (850) 222-8080<br>Fax (850) 561-0836 | |
| *Counsel for Plaintiff* | |

*Signed by James Slater with Liane LaBouef's permission.