UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 4:22-cv-00377-MW-MJF

**PLAINTIFF'S AMENDED RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kerri Pennington provides the following amended disclosures. Per the Court's Initial Scheduling Order (Doc. 12), additional information is referenced in **bold text**.

**I.** **Rule 26(a)(1)(A)(i):** the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

| | Name/Address | Subjects of Discoverable Information |
|---|---|---|
| 1. | **Ault, Adam**<br>**10650 S.W. 46th Street**<br>**Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility.** |

| | | |
|---|---|---|
| 2. | Brannen, Jeffrey<br>c/o Liane Labouef<br>Howell, Buchan & Strong | Can testify to FDC and ICT decisions regarding Mr. Wells' complaints, as well as policies and practices concerning decisions to segregate prisoners for protection, requests for protective management, and PREA allegations. |
| 3. | Buchsbaum, Robert<br>2100 N Jefferson Street<br>Jacksonville, FL 32209 | Can testify to the cause of Mr. Wells' death. |
| 4. | **Burke, Caleb<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death.** |
| 5. | Crawford, Sean | Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death. |
| 6. | **Centurion of Florida, LLC<br>Corporate Representative and/or Records Custodian<br>c/o Jacob Hanson<br>Bradley Arant Boult Cummings LLP** | **Can testify on medical records and policies and procedures regarding emergency care.** |
| 7. | **Colombani, M.D., Leslie<br>1005 N. Lake Parker Ave.<br>Lakeland, FL 33805** | **Can testify on mortality review for Mr. Wells and practices and policies concerning emergency response.** |

| | | |
|---|---|---|
| 8. | **Erickson, Sarah<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning the specific events and response to Mr. Well's death.** |
| 9. | Florida Department of Corrections, Corporate Representative<br>c/o Liane Labouef<br>Howell, Buchan & Strong | Can testify concerning Mr. Wells' medical records, inmate records, PREA allegations, treatment and conditions, and FDC policies and practices concerning allegations of threats, sexual assault and battery, protective management and confinement, and dorm and wing security. |
| 10. | Frauhoffer, FNU | Can testify to status of investigation into claims asserted by Mr. Wells in May 2020, as well as communications with Plaintiff concerning same. |
| 11. | **Gaylord, Terri** | **Can testify on mortality review for Mr. Wells and practices and policies of Health Services Administrator regarding inmate death and known risk of harm to inmates.** |
| 12. | Hamlin, Holly<br>c/o Liane Labouef<br>Howell, Buchan & Strong | Can testify to FDC and ICT decisions regarding Mr. Wells' complaints, as well as policies and practices concerning decisions to segregate prisoners for protection, requests for protective management, and PREA allegations. |

| | | |
|---|---|---|
| 13. | **Haley, Wayne**<br>**568 N.E. 255th Street**<br>**Cross City, FL 32628** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death.** |
| 14. | Harrell, Jr., Andrew<br>5964 U.S. Highway 90<br>Live Oak, FL 32060 | Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death. |
| 15. | Howard, Gregory<br>c/o Liane Labouef<br>Howell, Buchan & Strong | Can testify to Mr. Wells' specific complaints, FDC and ICT decisions regarding Mr. Wells' complaints, as well as policies and practices concerning decisions to segregate prisoners for protection, requests for protective management, and PREA allegations. |
| 16. | **James, Ayjah C.**<br>**10650 S.W. 46th Street**<br>**Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 17. | **Jacobsen, Jennifer**<br>**10650 S.W. 46th Street**<br>**Jasper, FL 32052** | **Can testify concerning the specific events and response to Mr. Well's death.** |

| | | |
|---|---|---|
| 18. | **Lee, Iesha<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify on mortality review for Mr. Wells and practices and policies of Chief Health Officer regarding inmate death and known risk of harm to inmates.** |
| 19. | Lewis, Nathaniel<br>382 Southwest MCI Way<br>Madison, FL 32340 | Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death. |
| 20. | **Mercer, Linda<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 21. | **McGee, Aaron<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 22. | **McNeil, Tiffanie<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |

| | | |
|---|---|---|
| 23. | **Montague, V.** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 24. | Oliphant, Jeffrey<br>5563 10th Street<br>Malone, FL 32445 | Can testify to the events leading up to Mr. Wells' death. |
| 25. | Parks, Amy<br>10650 S.W. 46th Street<br>Jasper, FL 32052 | Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death. |
| 26. | Parrish, Julian<br>c/o Liane Labouef<br>Howell, Buchan & Strong | Can testify to FDC and ICT decisions regarding Mr. Wells' complaints, as well as policies and practices concerning decisions to segregate prisoners for protection, requests for protective management, and PREA allegations. |
| 27. | Pennington, Kerri, Personal Representative<br>c/o James Slater<br>Slater Legal PLLC | Can testify to allegations made by Mr. Wells concerning threats against his life and sexual battery and communications with FDC staff regarding the same. Can also testify as to damages. |

| | | |
|---|---|---|
| 28. | **Ramey, C.** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 29. | Saracinaj, Brandi<br>c/o James Slater<br>Slater Legal PLLC | Mother of minor children survivors; can testify as to damages. |
| 30. | **Stebbins, Anthony<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 31. | **Tipps, Jennifer<br>10650 S.W. 46th Street<br>Jasper, FL 32052** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 32. | **Waits, Jr., David<br>8784 US Highway 27 West<br>Mayo, Florida 32066** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |
| 33. | **Wilds, Thomas H.** | **Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as staffing levels at the facility; the events leading up to Mr. Wells' death and response.** |

| | | |
|---|---|---|
| 34. | Williams, Roderic<br>10650 S.W. 46th Street<br>Jasper, FL 32052 | Can testify concerning FDC wing security checks and policies, including of Mr. Well's wing and dorm at the time of his death, as well as the specific events and response to Mr. Well's death. |
| 35. | Any and all witnesses listed by Defendants in their respective Rule 26 disclosures are adopted and incorporated as if set forth herein. | |
| 36. | Witnesses who become known or are disclosed in documents set forth in Defendants' respective Rule 26 disclosures are adopted and incorporated as if set forth herein. | |

**II.** **<u>Rule 26(a)(1)(A)(ii)</u>:** a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

Without the benefit of full discovery, Plaintiff has the following documents in her possession, custody, or control at present that support her claims:

1. Classification records, Florida Department of Corrections;
2. Medical records, Florida Department of Corrections;
3. **Office of Inspector General records, Florida Department of Corrections;**
4. Florida Department of Corrections policies, manuals, and guidelines, Florida Department of Corrections;
5. **Personnel files, Florida Department of Corrections;**

6. **Mortality Review records, Florida Department of Corrections;**
7. **Protective Management data, Florida Department of Corrections;**
8. Letters from Clinton Wells;
9. Handwritten notes of Kerri Pennington; and
10. Receipts and invoices for funeral and burial costs.

**III. <u>Rule 26(a)(1)(A)(iii)</u>:** computation of each category of damages claimed:

At present, Plaintiff has calculated her damages as follows.

A. Funeral and burial expenses: $1,616.03.

B. Loss of support and services of minor children survivors' father: not conducive to exact measurement.

C. Loss of parental companionship, instruction, and guidance: not conducive to exact measurement.

D. Mental pain and suffering from the date of injury and continuing for the remainder of their lives: not conducive to exact measurement.

E. Punitive damages: not conducive to exact measurement.

F. Attorney's fees pursuant to 42 U.S.C. § 1988.

**IV. <u>Rule 26(a)(1)(A)(iv)</u>:** any insurance agreement:

Not applicable.

Dated: February 14, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

By: */s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
Tel: (305) 523-9023
james@slater.legal

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on February 14, 2023, I filed a true and correct copy of this document with the Clerk per the Court's Initial Scheduling Order (Doc. 12) by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater