| | |
|---|---|
| **From:** | James M. Slater <james@slater.legal> |
| **Sent:** | Wednesday, February 1, 2023 3:06 PM |
| **To:** | Liane LaBouef |
| **Cc:** | James Cook; Andrew Scott |
| **Subject:** | Re: 4:22-cv-377-MW-MJF, Pennington v. FDC - Plaintiff's Rule 37(a)(1) Discovery Letter |
| **Attachments:** | 2023-02-01 Joint Status Report (Third).docx |

Thanks, Liane. We are able to see the full file names now; we appreciate your help.

I am enclosing a draft joint status report for your review. Let us know if you have any additions or changes, and if none, whether I can affix your signature.

Meet and Confer Notes

I also want to recap our M&C today. When I reference sections below, they are the same sections from the letter we sent you.

1.

A. You have confirmed that your clients are not withholding any documents responsive to those requests and that they have searched their personal devices for responsive documents.

B. You will confer with FDC to see if they will agree to produce documents related to the 3 state-issued phones for the 96-hour period referenced in the letter and request.

C. You have agreed to produce a document depicting the interior layout of F-Dorm.

D. You have confirmed your client does not possess an unredacted FDLE report and you have noted your lack of opposition to a subpoena to FDLE to receive one.

2.

A. Classification Files. You have stated you have copies of the documents referenced in the first paragraph of section A and will promptly produce them. You informed us that you do not have a copy of the unredacted email referenced in the second paragraph of section A, and have requested that FDC provide the unredacted email for production to us. We have clarified the discrepancies in the third paragraph.

B. Personnel Records. You have agreed to re-produce the UOF and arrest records with only redactions provided per our agreement (SSNs, DOBs, etc.). You have informed us that FDC will not agree to produce grades and information concerning the individual defendants' family members referenced in the produced personnel records absent a court order. You have informed us you would oppose a motion to compel such records.

Please let me know if anything above is inaccurate.

Best,
James

James Slater

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

On Wed, Feb 1, 2023 at 2:53 PM Liane LaBouef <Liane@jsh-pa.com> wrote:

James,

See if you are able to view the documents with complete file names using this link:

https://www.dropbox.com/s/9uar8jfd2kajdok/Pennington%20Classification%20File.zip?dl=0

**Liane LaBouef, Esq.**



**Howell, Buchan & Strong**

**2898-6 Mahan Drive**

**Tallahassee, Florida 32308**
**Phone: 850-877-7776**
**Email:** Liane@jsh-pa.com

**http://www.floridahealthcareattorney.com/**

2

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

**From:** James M. Slater <james@slater.legal>
**Sent:** Monday, January 23, 2023 7:54 AM
**To:** Liane LaBouef <Liane@jsh-pa.com>
**Cc:** Margaret Chrisawn <Margaret@jsh-pa.com>; James Cook <cookjv@gmail.com>
**Subject:** 4:22-cv-377-MW-MJF, Pennington v. FDC - Plaintiff's Rule 37(a)(1) Discovery Letter

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department.

Liane,

Please see the attached letter regarding several deficiencies with your clients' responses and production, as well as some responses to help narrow requests or seek clarification from your clients. After reviewing the letter, please let us know when you're next available for a meet and confer via videoconference.

Thank you,
James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

4