IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

*Plaintiff*,

v.                                                              Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

*Defendants*.

_____/

Plaintiff Kerri Pennington has filed a motion to compel Defendant Florida Department of Corrections to produce documents. ECF No. 39. Defendant Florida Department of Corrections shall file an expedited response to the motion **on or before Tuesday, February 28, 2023**.

SO ORDERED on February 21, 2023.

s/Mark E. Walker
**Chief United States District Judge**