UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF CLINTON ARCHER WELLS, DECEASED, AND ON BEHALF OF J.A. AND D.A., MINOR CHILDREN SURVIVORS,**

CASE NO.4:22-cv-00377-MW-MJF

   **Plaintiff,**

v.

**FLORIDA DEPARTMENT OF CORRECTIONS, AN AGENCY OF THE STATE OF FLORIDA, HOLLY HAMLIN, JEFFREY BRANNEN, JULIANPARRISH, and GREGORY HOWARD,**

   **Defendant,**
_____/

### DEFENDANT FLORIDA DEPARTMENT OF CORRECTION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL

  The Court has entered an Order [Doc. 40] requiring an expedited response to Plaintiff's Motion to Compel [Doc. 39]. Defendant Florida Department of Corrections is requesting that the Court allow it to file a response on or before March 7, 2023, or 14 days after Plaintiff filed her Motion. In support thereof Defendant states:

1

1. The parties are actively discussing the possibility of global settlement, which would resolve all outstanding discovery issues.

2. Defendant has sent documents to Plaintiff in response to some of the issues raised in her Motion. However, there are outstanding issues that may need to be addressed by the Court if the parties are unable to reach an agreement.

3. It would be in the best interest of the parties and the Court's judicial economy to allow the parties time to discuss global settlement before Defendant files its response to Plaintiff's motion.

WHEREFORE, Defendant requests that the Court allow it to file its response to Plaintiff's Motion on or before March 7, 2023.

Respectfully submitted,

*/s/ Liane S. LaBouef*
Liane LaBouef
Florida Bar No. 1025198
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Liane@jsh-pa.com
*Attorney for Defendants*

## CERTIFICATE OF GOOD FAITH CONFERENCE PER L.R. 7.1(B)

I hereby certify that counsel for the parties conferred on the above motion via telephonic conference on February 27, 2023. Plaintiff does not oppose Defendant's motion.

## CERTIFICATION OF WORD COUNT PER L.R. 7.1(F)

I hereby certify that the foregoing document contains 158 words, excluding the case style, signature block, and certificates.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed electronically through the E-Filing Portal to all counsel of record this 27th day of February, 2023.

/s/Liane S. LaBouef
Liane S. LaBouef