IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.                                     Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**
   *Defendants*.
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant FDOC's motion for extension of time to respond to the motion to compel. ECF No. 41. Defendant asserts the parties are discussing the possibility of a global settlement, which would likely resolve all outstanding discovery issues. Accordingly, the unopposed motion is **GRANTED**. Defendant's deadline to respond to the motion to compel is extended to **on or before March 7, 2023.**

SO ORDERED on February 27, 2023.

                                                               *s/Mark E. Walker*
                                                               **Chief United States District Judge**