UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-00377-MW-MJF

## FOURTH JOINT STATUS REPORT REGARDING DISCOVERY

In accordance with the Court's Initial Scheduling Order (Doc. 12 at §1(b)), the parties provide the following status updates regarding written discovery:

1. On November 7, 2022, Plaintiff served her first requests for production, requests for admissions, and interrogatories on all Defendants. Defendants have provided responses to Plaintiff's first set of discovery requests and have produced responsive documents.

2. On January 3, 2023, Defendant FDC served its first request for production and interrogatories on Plaintiff. Plaintiff has provided responses to FDC's first set of discovery request and has produced responsive documents.

3. On February 7, 2023, Plaintiff served her second requests for production, requests for admissions, and interrogatories to FDC.

4. On February 10, 2023, Plaintiff issued a subpoena to the Florida Department of Law Enforcement requesting fourteen categories of documents.

5. On February 21, 2023, Plaintiff filed a motion to compel FDC's production of documents responsive to her first requests for production.

6. On February 27, 2022, FDC provided a supplemental response to Plaintiff's First Request for Production along with additional documents.

7. FDC's response to the motion to compel is due on March 7, 2023.

Respectfully submitted this 2nd day of March 2023:

| | |
|---|---|
| SLATER LEGAL PLLC | HOWELL, BUCHAN & STRONG |
| */s/ James M. Slater*<br>James M. Slater (FBN 111779)<br>113 S. Monroe Street<br>Tallahassee, Florida 32301<br>james@slater.legal<br>Tel. (305) 523-9023 | */s/ Liane LaBouef*<br>Liane LaBouef (FBN 1025198)<br>2898-6 Mahan Drive<br>Tallahassee, Florida 32308<br>Tel. (850) 877-7776<br>Liane@jsh-pa.com |
| -and- | *Counsel for Defendants* |
| LAW OFFICE OF JAMES COOK<br>James V. Cook (FBN 966843)<br>314 W. Jefferson Street<br>Tallahassee, Florida 32301<br>cookjv@gmail.com<br>Tel. (850) 222-8080<br>Fax (850) 561-0836 | |
| *Counsel for Plaintiff* | |

*Signed by James Slater with Liane LaBouef's permission.

2