UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-377-MW-MJF

## JOINT NOTICE OF SETTLEMENT

The parties respectfully notify the Court that they have reached a settlement in this case whereby all parties will stipulate to a dismissal of the action with prejudice with each side to bear their own fees and costs subject to Court approval of the minor survivors' compromise.

Counsel are in the process of drafting their settlement papers, and respectfully request that the Court vacate all pending deadlines, deny all pending motions as moot, and administratively close this case while the parties: (a) finalize their settlement papers; and (b) confer regarding a proposed guardian ad litem for the minor survivors. Counsel would ask the Court permit 30 days for the parties to complete those matters, at which time Plaintiff would move for the appointment of a guardian ad litem and for Court approval of the minors' compromise.

Dated: March 3, 2023.

Respectfully submitted,

| | |
|---|---|
| SLATER LEGAL PLLC | HOWELL, BUCHAN & STRONG |
| */s/ James M. Slater* | */s/ Liane LaBouef\** |
| James M. Slater (FBN 111779) | Liane LaBouef (FBN 1025198) |
| 113 S. Monroe Street | 2898-6 Mahan Drive |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32308 |
| james@slater.legal | Tel. (850) 877-7776 |
| Tel. (305) 523-9023 | Liane@jsh-pa.com |
| | |
| -and- | *Counsel for Defendants* |
| | |
| LAW OFFICE OF JAMES COOK | |
| James V. Cook (FBN 966843) | |
| 314 W. Jefferson Street | |
| Tallahassee, Florida 32301 | |
| cookjv@gmail.com | |
| Tel. (850) 222-8080 | |
| Fax (850) 561-0836 | |
| | |
| *Counsel for Plaintiff* | |

\*Signed by James Slater with Liane LaBouef's permission.