IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.                                                                 Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**
   *Defendants*.
_____/

**ORDER ACKNOWLEDGING JOINT NOTICE
OF SETTLEMENT**

The parties have notified this Court that they have reached a settlement pending approval of the settlement agreement with minors. ECF No. 44. All deadlines are stayed, and trial in this matter is removed from the docket. The parties are directed to file either a status report or a notice of dismissal **on or before Thursday, May 4, 2023**. Additionally, Plaintiff's motion to compel Defendant Florida Department of Corrections to produce documents, ECF No. 39, is **DENIED as moot**.

   SO ORDERED on March 3, 2023.

                                                    s/Mark E. Walker_____
                                                    **Chief United States District Judge**