UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-377-MW-MJF

**PLAINTIFF'S *UNOPPOSED* MOTION FOR
<u>APPOINTMENT OF GUARDIAN AD LITEM</u>**

Plaintiff Kerri Pennington, as personal representative of the Estate of Clinton Archer Wells, requests that the Court enter an order appointing Erica Selig as guardian ad litem for minor survivors J.A. and D.A. As grounds, Plaintiff states:

1. This is a section 1983 and wrongful death lawsuit involving the death of Clinton Archer Wells in the custody of the Florida Department of Corrections (FDC).

2. Plaintiff, as personal representative of Mr. Wells's estate, brought this lawsuit on behalf of Mr. Wells's minor children, J.A. and D.A.

3. The parties have reached a settlement in this matter, wherein Plaintiff informed the Court that the parties may require the appointment of a guardian ad litem and would require Court approval of the minors' compromise. [D.E. 44, 45].

4. For claims brought on behalf of minors, Florida law states that the court may appoint a guardian if the gross settlement of the claim exceeds $15,000, and must appoint a guardian if settlement equals or exceeds $50,000. Fla. Stat. § 744.3025(1)(a)-(b); *See also* Fla. Prob. R. 5.636(d).

5. According to Rule 17 of the Federal Rules of Civil Procedure, the Court is not required to appoint a guardian ad litem unless there is no conflict between the ward and his or her natural parents. *P.W. v. Duval Cty. Sch. Bd.*, No. 3:20-cv-1464-MMH-MCR, 2022 WL 16725119, at * 2 (M.D. Fla. Oct. 25, 2022) (citing *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001)).

6. Notwithstanding, because the Court has discretion to appoint a guardian ad litem, Plaintiff would respectfully request the appointment of one in this case because the guardian would be called on to review trust instruments for the minor survivors for their settlement proceeds.

7. Plaintiff suggests the appointment of Erica Selig as guardian ad litem for J.A. and D.A. Ms. Selig is an accomplished civil rights lawyer, formerly with the Florida Justice Institute, who has volunteered to provide this service to the Court.

8. Plaintiff's counsel has conferred with defense counsel on this relief. Defense counsel agrees with the appointment of Erica Selig as guardian ad litem.

9. Plaintiff would ask that the Court permit Ms. Selig three (3) weeks to undertake her role as guardian ad litem prior to submitting her confidential report to the Court. Thereafter, Plaintiff would move for final approval of the settlement.

WHEREFORE, Plaintiff Kerri Pennington respectfully requests that the Court enter an order appointing Erica Selig as guardian ad litem for the interests of J.A. and D.A., Mr. Wells's minor children.

Dated: March 23, 2023.

        Respectfully submitted,

        SLATER LEGAL PLLC

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        113 S. Monroe Street
        Tallahassee, Florida 32301
        james@slater.legal
        Tel. (305) 523-9023

        -and-

        LAW OFFICE OF JAMES COOK
        James V. Cook (FBN 966843)
        314 W. Jefferson Street
        Tallahassee, Florida 32301
        cookjv@gmail.com
        Tel. (850) 222-8080

        *Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on March 23, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

**Certificate of Good Faith Conference**

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel via email on March 21, 2023 regarding this motion and the relief requested herein. Defendants do not oppose the relief requested herein and agree with the appointment of Ms. Selig as guardian ad litem.

By: */s/ James M. Slater*
James M. Slater

**Certification Pursuant to L.R. 7.1(F)**

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 1,000 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater