IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

 *Plaintiff*,

v.            Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**
 *Defendants*.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO
APPOINT GUARDIAN AD LITEM**

 This Court has considered, without hearing, the Plaintiff's unopposed motion for appointment of guardian ad litem. ECF No. 46. The motion is **GRANTED**. Ms. Erica Selig is appointed as guardian ad litem for the interests of J.A. and D.A. Ms. Selig shall have three weeks from the date of this Order to conduct her review of trust instruments for the minor survivors for their settlement proceeds and shall file her confidential report with this Court **on or before Friday, April 14, 2023**.

 **SO ORDERED on March 24, 2023.**

            s/Mark E. Walker_____
            **Chief United States District Judge**