UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-377-MW-MJF

### PLAINTIFF'S *UNOPPOSED* MOTION TO SUBSTITUTE GUARDIAN AD LITEM

Plaintiff Kerri Pennington, as personal representative of the Estate of Clinton Archer Wells, requests that the Court enter an order relieving Erica Selig as guardian ad litem for minor survivors J.A. and D.A. and appointing JaQuetta Johnson in her stead. Ms. Selig has informed the undersigned that due to unforeseen circumstances she is not able to complete her duties per the Court's Order. (Doc. 47).

Ms. Johnson is certified as a guardian ad litem by the Second Judicial Circuit Guardian ad Litem Program and has agreed to serve as the guardian ad litem in this case for the benefit of J.A. and D.A. Ms. Johnson would ask that she have through April 28, 2023 to complete her duties and be permitted to submit her

confidential report to chambers via electronic mail, as she is not a member of this Court.

Finally, Plaintiff would also ask the order appointing Ms. Johnson include not only her review of the trust instruments for the minor survivors for their settlement proceeds, but also approval to grant the trust instruments for the benefit of the minor survivors upon Court approval of the settlement.

WHEREFORE, Plaintiff Kerri Pennington respectfully requests that the Court enter an order relieving Erica Selig as guardian ad litem for the interests of J.A. and D.A., Mr. Wells's minor survivors, and appointing JaQuetta Johnson to review the settlement and trust instruments and, upon Court approval of the settlement, grant the trust instruments for the minor survivors' benefit.

Dated: April 10, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966843)
314 W. Jefferson Street
Tallahassee, Florida 32301

cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on April 10, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

**Certificate of Good Faith Conference**

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel via email on April 10, 2023 regarding this motion and the relief requested herein. Defendants do not oppose the relief requested herein.

By: */s/ James M. Slater*
James M. Slater

**Certification Pursuant to L.R. 7.1(F)**

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 500 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater