IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.                                             Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**
   *Defendants*.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO
SUBSTITUTE GUARDIAN AD LITEM**

    This Court has considered, without hearing, the Plaintiff's unopposed motion to substitute guardian ad litem. ECF No. 48. The motion is **GRANTED**. Ms. Erica Selig is relieved as guardian ad litem for minor survivors J.A. and D.A. and Ms. JaQuetta Johnson is appointed in her stead. Ms. Johnson shall complete her duties and submit her confidential report with this Court **on or before April 28, 2023**.

    Furthermore, as part of Ms. Johnson's duties, Ms. Johnson shall review the trust instruments for the minor survivors for their settlement proceeds and also grant trust instruments for the benefit of the minor survivors upon Court approval of the settlement.

    **SO ORDERED on April 10, 2023.**

                                                        s/Mark E. Walker
                                                     **Chief United States District Judge**