UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-377-MW-MJF

**PLAINTIFF'S *UNOPPOSED* MOTION FOR APPROVAL
OF MINORS' SETTLEMENT AND FOR LEAVE TO FILE
PROPOSED SETTLEMENT AGREEMENT UNDER SEAL**

    Plaintiff Kerri Pennington, as personal representative of the Estate of Clinton Archer Wells, moves for the entry of an Order approving the parties' settlement, and as grounds states:

    1.    This lawsuit was initially filed in state court against Defendant Florida Department of Corrections (FDC), alleging the wrongful death of Mr. Wells, who was strangled to death by another prisoner in a cell at Hamilton Correctional Institution. The lawsuit also contained allegations against several FDC employees for deliberate indifference to Mr. Wells's Eighth Amendment rights. (*See* Doc. 14).

    2.    Defendants removed the lawsuit to this Court. (Doc. 1).

3. The parties have agreed on a proposed settlement. (Doc. 44). However, because the proposed settlement involves the claims of two minor survivors, the settlement requires submission to the Court for approval.

4. Plaintiff, as personal representative, approves and consents to the settlement and distribution of proceeds as outlined in the parties' proposed settlement agreement, finding the same to be fair and reasonable.

5. The Court-appointed Guardian ad Litem (Doc. 49) has informed the undersigned that she has submitted her confidential report to the Court for its *in camera* review.

6. To assist the Court in its determination as to whether to approve the parties' proposed settlement, Plaintiff respectfully requests that she be permitted to file the settlement agreement under seal to protect the privacy interests of the minor survivors.[1] And to the extent the Court desires to review the trust

---

[1] Whether good cause exists to diminish the presumptive right to inspect and copy judicial records is subject to the nature and character of the information in question. *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). As the Eleventh Circuit stated in *Romero*: "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Id.* Good cause is established by showing that disclosure will cause "a clearly defined and serious injury." *Digital Assurance Certification, LLC v. Pendolino*, No. 6:17-CV-72-CEM-TBS, 2017 WL 320830, at *2 (M.D. Fla. Jan. 23, 2017).

instruments for the minors, Plaintiff would request that those documents be filed under seal as well for the same reasons.

7. Plaintiffs' counsel has conferred with defense counsel on the relief requested herein. Defendants consent to the relief requested herein.

WHEREFORE, Plaintiff Kerri Pennington respectfully requests that the Court grant this unopposed motion and enter an order approving the settlement and (1) authorizing Plaintiff, in her capacity as personal representative of the Estate of Clinton Archer Wells, to enter into the settlement agreement and any other closing documents as necessary to completely effectuate the settlement, and (2) confirming that Ms. Johnson shall grant the trust instruments for the minor survivors for their settlement.

Dated: May 2, 2023.

                        Respectfully submitted,

                        SLATER LEGAL PLLC

                        */s/ James M. Slater*
                        James M. Slater (FBN 111779)
                        113 S. Monroe Street
                        Tallahassee, Florida 32301
                        james@slater.legal
                        Tel. (305) 523-9023

                            -and-

                        LAW OFFICE OF JAMES COOK
                        James V. Cook (FBN 966843)
                        314 W. Jefferson Street
                        Tallahassee, Florida 32301

cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on May 2, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

**Certificate of Good Faith Conference**

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel via email on May 2, 2023 regarding this motion and the relief requested herein. Defendants do not oppose the relief requested herein.

By: */s/ James M. Slater*
James M. Slater

**Certification Pursuant to L.R. 7.1(F)**

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 600 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater