IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.                                    Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.**
   *Defendants*.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
FILE SETTLEMENT UNDER SEAL FOR COURT APPROVAL**

This Court has considered, without hearing, the Plaintiff's unopposed motion to file a proposed settlement for this Court's approval under seal. ECF No. 50. The motion is **GRANTED**. This Court pauses to note that while the motion states that the guardian *ad litem* has submitted her confidential report to this Court for *in camera* review, this Court has not yet received the report.

**SO ORDERED on May 3, 2023.**

                                              s/Mark E. Walker              
                                              **Chief United States District Judge**