IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

   *Plaintiff*,

v.   Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, et al.**
   *Defendants*.
_____/

## NOTICE REGARDING GUARDIAN *AD LITEM* REPORT

This Court previously noted, in its order granting Plaintiff's unopposed motion to file a proposed settlement for this Court's approval under seal, that this Court had not yet received the guardian *ad litem*'s report. ECF No. 51. However, this Court discovered that the subject report was filed in this Court's e-file email inbox rather than on the docket. Accordingly, the parties may disregard the part of the previous order noting the omission of the guardian *ad litem*'s report.

**SO ORDERED on May 3, 2023.**

                                            s/Mark E. Walker_____
                                            **Chief United States District Judge**