UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRI PENNINGTON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 4:22-cv-00377-MW-MJF

**JOINT STATUS REPORT REGARDING SETTLEMENT**

In accordance with the Court's Order Acknowledging Joint Notice of Settlement (Doc. 45), the parties provide the Court with the following status update. The parties have completed their proposed settlement papers, and the guardian *ad litem* has completed her report. (Doc. 52). Plaintiff has filed an unopposed motion for Court approval of the settlement (the "Motion") (Doc. 50) and delivered the proposed settlement agreement to the Clerk for filing under seal (Doc. 51). Accordingly, the parties respectfully request that the Court maintain the status quo in the case until the Court has reached a determination on the pending Motion. To the extent the Court grants the Motion, the parties would respectfully request an additional 45 days from entry of such order to complete all terms of settlement prior to dismissal of this action.

2

Dated: May 4, 2023.

Respectfully submitted,

| | |
|---|---|
| SLATER LEGAL PLLC | HOWELL, BUCHAN & STRONG |
| */s/ James M. Slater* | */s/ Liane LaBouef\** |
| James M. Slater (FBN 111779) | Liane LaBouef (FBN 1025198) |
| 113 S. Monroe Street | 2898-6 Mahan Drive |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32308 |
| james@slater.legal | Tel. (850) 877-7776 |
| Tel. (305) 523-9023 | Liane@jsh-pa.com |
| | |
| -and- | *Counsel for Defendants* |
| | |
| LAW OFFICE OF JAMES COOK | |
| James V. Cook | |
| Florida Bar No. 0966843 | |
| 314 W. Jefferson Street | |
| Tallahassee, Florida 32301 | |
| cookjv@gmail.com | |
| Tel. (850) 222-8080 | |
| Fax (850) 561-0836 | |
| | |
| *Counsel for Plaintiff* | |

*Signed by James Slater with Liane LaBouef's permission.