IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERRI PENNINGTON,**

    *Plaintiff*,

v.                                               Case No.: 4:22cv377-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    *Defendants*.

_____/

## ORDER APPROVING MINORS' SETTLEMENT

This Court has considered, without hearing, Plaintiff's unopposed motion for approval of minors' settlement, ECF No. 50,[1] and the report submitted by the guardian *ad litem*. The complete terms and conditions of the settlement are set forth in the Settlement and Release of All Claims, filed under seal at ECF No. 54. The guardian *ad litem* recommends that this Court accept the settlement as it is in the best interests of the children and will save the children and guardian money and other resources from not having to set up a traditional guardianship account. This Court has reviewed the settlement and the guardian *ad litem*'s report and is fully informed

---

[1] This Court previously granted this motion in part to permit the parties to file the settlement agreement under seal. *See* ECF No. 51.

of the specifics of the full and final terms and conditions of the settlement. This Court finds that the terms and conditions of this settlement, as set forth in ECF No. 54, are fair, reasonable, and in the best interests of D.A., a minor, and J.A., a minor.

Accordingly, the motion, ECF No. 50, is **GRANTED,** and the settlement, as set forth in ECF No. 54, is hereby **APPROVED**. Plaintiff is authorized, in her capacity as personal representative of the Estate of Clinton Archer Wells, to enter into the settlement agreement and any other closing documents as necessary to completely effectuate the settlement. Ms. JaQuetta Johnson shall grant the trust instruments for the minor survivors for their settlement. This Court retains jurisdiction to enforce the settlement. The parties must comply with their settlement agreement. The Clerk shall enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41." The Clerk must close the file.

**SO ORDERED on May 8, 2023.**

s/Mark E. Walker
**United States District Judge**
