# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KERRI PENNINGTON,

    *Plaintiff*,

v.                                 CASE NO. 4:22cv377-MW/MJF

FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

    *Defendants*.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                       JESSICA J LYUBLANOVITS,
                                                       CLERK OF COURT

May 8, 2023                                s/*Samantha Buckhalt*
DATE                                             DEPUTY CLERK